ACCEPTED
14-15-00243-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 7:36:28 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00243-CR

## IN THE COURT OF APPEALS
## FOR THE
## FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS
## AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 7:36:28 AM
CHRISTOPHER A. PRINE
Clerk

**JOSEPH BARUCH RODRIGUEZ**
**Appellant**

v.

**THE STATE OF TEXAS,**
**Appellee**

Appeal from Cause No. 12CR2802
In the 405th District Court of
Galveston County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## BRIEF FOR APPELLANT

**To the Honorable Justices of the Court of Appeals:**

Appellant, JOSEPH BARUCH RODRIGUEZ, by and through his Counsel of Record, JARED ROBINSON, files this Unopposed Motion to Extend Time to File Brief and in support shows this Court the following:

**I.**

Appellant pled guilty to one count of Possession of a Controlled Substance, in the amount of 1 to 4 grams on October 17, 2012. The court assessed punishment at 5 years Deferred Adjudication Probation.

On September 29th, 2014, the State of Texas filed a Motion to Adjudicate Guilt-Revoke Community Supervision. A contested hearing was held on December 18th, 2014, and the court found "true" that the defendant had violated conditions 1, 16A, 19, 22, and 26 of defendant's probation. On February 13, 2015 the court sentenced appellant to confinement in the Texas Department of Criminal Justice for a period of Six (6) years.

**II.**

Appellant's brief is due on or before August 30, 2015. Appellant's counsel respectfully requests an extension for at least sixty days to file Appellant's brief. The Assistant District Attorney handling the case, Rebecca Klaren, has indicated the State of Texas is unopposed to Appellant's request for an extension.

Appellant's counsel needs additional time to complete his brief and additional time to review the Reporter's Record because of conflicts created by work in other cases. More specifically, counsel for Appellant has been diligently preparing for multiple trials that were scheduled to begin in Galveston County on August 24th and preparing for another trial scheduled to begin in Galveston County on September 14th. This is the first request for an extension of time filed with this Court. Therefore Counsel requests that this Court extend the time to file Appellant's Brief until at least October 30th, 2015.

Respectfully Submitted,

JONES ROBINSON, LLP.

_____/s/ Jared S. Robinson /s/_____
JARED S. ROBINSON
State Bar No.: 24060506
1100 Rosenberg Avenue
Galveston, Texas 77550

2

409.765-5705
409.765.7570 Facsimile

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby affirm a true and correct copy of the foregoing was delivered via hand-delivery and/or electronic delivery to Rebecca Klaren, Assistant Galveston County Criminal District Attorney, on the 29th day of August 2015.

/s/ Jared S. Robinson
JARED S. ROBINSON

**CERTIFICATE OF CONFERENCE**

I hereby certify and affirm that I have communicated on the 29th day of August, 2015 with Rebecca Klaren, Assistant Galveston County Criminal District Attorney, regarding Appellant's request for an extension of time to file his brief and she has indicated that the State of Texas is Unopposed to this request.

/s/ Jared S. Robinson
JARED S. ROBINSON

3